### First Department, June, 1971

### (June 1, 1971)

The People of the State of New York v. Arnold Ridgill, Also Known as Arnold Ridgell.— Application for writ of mandamus denied.  Concur— McGivern, J. P., Markewich, McNally and Steuer, JJ.